UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 16-34 (MAS) |
| | : | |
| v. | : | Hon. Michael A. Shipp, U.S.D.J. |
| | : | |
| JUAN CAMILO GONZALEZ, | : | |
| a/k/a "Juan Camilo Gonzalez-Monroy" | : | |

## ORDER DECLARING FORFEITURE OF BOND

**THIS MATTER** having come before the Court on the United States' motion, and the Court being fully advised, finds that Defendant Juan Camilo Gonzalez has failed to meet the conditions of release and breached his release bond when he failed to appear as the conditions of release required and failed to surrender to the Bureau of Prisons on or about August 23, 2017; therefore

**IT IS** on this 7th day of August, 2020,

**ORDERED** that the United States' Motion for Declaration of Bond Forfeiture be and hereby is **GRANTED**; and it is further

**ORDERED** that the $100,000 bond posted for the release of Juan Camilo Gonzalez, a/k/a "Juan Camilo Gonzalez-Monroy," be and hereby is forfeit.

_____
HON. MICHAEL A. SHIPP
United States District Judge