# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1752

USA v. Juan Gonzalez

(U.S. District Court No.: 3-16-cr-00034-001)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 26, 2024
PDB/cc: Mark E. Coyne, Esq.
     Jane M. Dattilo, Esq.
     Federal Public Defender District of New Jersey,
     Julie A. McGrain, Esq.
     Melissa E. Rhoads



**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate