ALINA HABBA
UNITED STATES ATTORNEY
JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 700
NEWARK, NJ  07102
Tel. 973-645-2829
Fax. 973-645-3210
email: JORDAN.ANGER@usdoj.gov

May 29, 2025

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Hon. **MICHAEL A. SHIPP** |
| *Plaintiff,* | Civil No. 16-34 |
| v. | |
| **JUAN CAMILO GONZALEZ,** | **SATISFACTION OF JUDGMENT** |
| Also known as: Juan Camilo Gonzalez-Monroy, | |
| *Defendant*, | |
| and | |
| **JOHN E. CRUZ,** | |
| *Surety,* | |
| and | |
| **FRANZIA E. MONROY** | |
| *Surety* | |

The Judgment in the above-captioned case having been compromised, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy

and cancel said judgment of record as to sureties, JOHN E. CRUZ and FRANZIA E. MONROY.

        ALINA HABBA
        UNITED STATES ATTORNEY

        s/JORDAN M. ANGER
By:   JORDAN M. ANGER
        ASSISTANT U.S. ATTORNEY